UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON NICHOLS, | Case No. 18-CV-00518 LHK (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On April 16, 2018, the court dismissed plaintiff's complaint with leave to amend within thirty days, and advised plaintiff that his failure to file an amended complaint within thirty days would result in his action being dismissed. Dkt. No. 13.

The time to comply has passed, and plaintiff has failed to file an amended complaint. Accordingly, this action is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

DATED: May 30, 2018

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-00518 LHK (PR)
ORDER OF DISMISSAL